RIVERA V. THURSTON FOODS, INC., 11 CV 893 (JBA)

2/17/12 – ELECTRONIC ORDER GRANTING DEFENDANT'S MOTION FOR IN CAMERA REVIEW (Dkt. #35)

      The factual and procedural history of this case has been set forth in this Magistrate Judge's Ruling on Plaintiff's Motion for Protective Order, filed January 3, 2012 (Dkt.#31). Under the Scheduling Order filed by U.S. District Judge Janet Bond Arterton on 10/6/11 (Dkt. #16), all discovery is to be completed by May 30, 2012.

      The pending motion concerns defendant's request that the Magistrate Judge conduct an in camera review of documents identified by plaintiff on his Privilege Log, dated December 7, 2011, that were e-mails and a memorandum authored by plaintiff, for which plaintiff has asserted the attorney-client privilege. (Dkt. #35, at 1, 2-10 & Hartley Aff't, Exhs. A-E); Dkt. #37, at 1-4; Dkt. #39, at 1-4).

      Over plaintiff's less than rousing objection (see Dkt. #37, at 4), defendant's Motion for In Camera Review (Dkt. #35) is granted.  Plaintiff shall forward copies of the documents at issue to this Magistrate Judge's Chambers **on or before February 27, 2012**.